**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JACOB WINKELMAN, ET AL.,** | ) | **CASE NO.  1:04CV1329** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Judge John M. Manos** |
| | ) | |
| **PARMA CITY SCHOOL DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

Pursuant to the Memorandum of Opinion filed this date in the above-captioned case, the Plaintiffs' Motion for Judgment on the Pleadings Based on the Administrative Record (and request for reimbursement) is **DENIED**; and the Defendant's Motion for Judgment on the Pleadings Based on the Administrative Record is **GRANTED**.  Each party to bear its own costs.

  **IT IS SO ORDERED.**


**Date: June 2, 2005**            */s/ John M. Manos*
                              **UNITED STATED DISTRICT JUDGE**